1  WALKUP, MELODIA, KELLY & SCHOENBERGER
   MATTHEW D. DAVIS (State Bar #141986)
2  mdavis@walkuplawoffice.com
   JUSTIN CHOU (State Bar #279137)
3  jchou@walkuplawoffice.com
   650 California Street, 26th Floor
4  San Francisco, CA 94108-2615
   Phone: (415) 981-7210  Fax: (415) 391-6965
5
   Attorneys for Plaintiffs
6  CLAUDINE YVETTE KOBI
   ALEXANDRE ROBERT KOBI
7

8  PHILLIP A. TALBERT
   Acting United States Attorney
9  JOSEPH B. FRUEH
   Assistant United States Attorney
10 501 I Street, Suite 10-100
   Sacramento, CA 95814
11 Telephone: (916) 554-2702
   Facsimile:  (916) 554-2900
12
   Attorneys for Defendant
13 UNITED STATES OF AMERICA

14

15                    IN THE UNITED STATES DISTRICT COURT

16                       EASTERN DISTRICT OF CALIFORNIA

17

| 18 | CLAUDINE YVETTE KOBI, *et vir*, | Case No. 1:15-cv-00478-DAD-BAM |
|----|---------------------------------|-------------------------------|
| 19 | Plaintiffs, | **STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS** |
| 20 | v. | |
| 21 | UNITED STATES OF AMERICA, | |
| 22 | Defendant. | |

23

24        The parties respectfully submit this Stipulation to Continue Defendant's Motion to Dismiss.

25        \\

26        \\

27        \\

28        \\

**STIPULATION TO CONTINUE MOTION TO DISMISS**

IT IS HEREBY STIPULATED by and between Plaintiffs Claudine Yvette Kobi and Alexandre Robert Kobi and Defendant United States of America, through their undersigned counsel and subject to Court approval, that Defendant's Motion to Dismiss hearing currently set for **October 4, 2016** be continued to **October 18, 2016**. The parties further stipulate that Plaintiffs' Opposition will be due on **September 27, 2016**, and Defendant's Reply is due on **October 11, 2016**. The parties make this request to accommodate Plaintiffs' counsel's calendar, after due consideration of the complicated scheduling issues in this case.

Dated: September 13, 2016            WALKUP, MELODIA, KELLY & SCHOENBERGER

                                     By:      /s/ JUSTIN CHOU
                                     MATTHEW D. DAVIS
                                     JUSTIN CHOU

                                     Attorneys for Plaintiffs


Dated: September 13, 2016            PHILLIP A. TALBERT
                                     Acting United States Attorney

                                     By:      /s/ JOSEPH B. FREUH
                                     JOSEPH B. FRUEH
                                     Assistant United States Attorney

                                     Attorneys for Defendant
                                     UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated:   **September 13, 2016**       _____
                                     UNITED STATES DISTRICT JUDGE