WALKUP, MELODIA, KELLY & SCHOENBERGER
MATTHEW D. DAVIS (State Bar #141986)
mdavis@walkuplawoffice.com
JUSTIN CHOU (State Bar #279137)
jchou@walkuplawoffice.com
650 California Street, 26th Floor
San Francisco, CA 94108-2615
Phone: (415) 981-7210  Fax: (415) 391-6965

Attorneys for Plaintiffs
CLAUDINE YVETTE KOBI
ALEXANDRE ROBERT KOBI


PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2702
Facsimile:   (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDINE YVETTE KOBI, *et vir*, <br><br>                    Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>                    Defendant. | Case No. 1:15-cv-00478-DAD-BAM <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT UNITED STATES OF AMERICA TO FILE A BILL OF COSTS** |

1

IT IS HEREBY STIPULATED by and between Plaintiffs Claudine Yvette Kobi and Alexandre Robert Kobi and Defendant United States of America, through their undersigned counsel and subject to Court approval, that Defendant United States of America shall have up to and including December 5, 2016, to file a Bill of Costs pursuant to Local Rule 292(b).

The reason for this stipulation is to allow the parties additional time to consider whether to enter into a further stipulation in which Defendant would waive of the right to file a Bill of Costs in exchange for Plaintiffs' waiver of the right to file a Notice of Appeal.

Dated:  November 16, 2016

WALKUP, MELODIA, KELLY & SCHOENBERGER

By:   /s/  *Justin Chou*          (authorized on 11/16/2016)
MATTHEW D. DAVIS
JUSTIN CHOU

Attorneys for Plaintiffs

Dated:  November 16, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/  *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated:   **November 17, 2016**

_____
UNITED STATES DISTRICT JUDGE